UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                          Plaintiff,

          -against-

SOOQ NYC INC., a New York corporation, d/b/a SOOQ
NYC, and MUSA SIMREEN, an individual,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/19/2026___

25 Civ. 5156 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed joint stipulation and order of dismissal, *see* ECF No. 27, and Plaintiff's subsequent letter motion to strike the stipulation, *see* ECF No. 28. The deadline to reopen this action if settlement was not consummated expired on March 17, 2026. *See* ECF No. 26.

Accordingly, by **March 23, 2026**, the parties shall file a joint letter that shall discuss whether Defendants oppose Plaintiff's motion to strike and whether the parties seek an extension of time to reopen this action. The parties are advised that pursuant to Rule I(C) of the undersigned's Individual Practices in Civil Cases, all requests for extensions shall be made in writing and filed on the docket as letter motions at least 48 hours prior to the scheduled deadline.

          SO ORDERED.

Dated: March 19, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge