USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/1/2026___

**UNITED STATES DISTRICT COU**
**SOUTHERN DISTRICT OF NEW Y**

RICARDO VELASQUEZ,

    Plaintiff,

vs.

                                 CASE NO. 1:25-cv-05156-AT

SOOQ NYC INC., a New York corporation,
d/b/a SOOQ NYC, and MUSA SIMREEN,
an individual,

     Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, SOOQ NYC INC., a New York corporation, d/b/a SOOQ NYC, and MUSA SIMREEN, an individual, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

    Dated: This 16th day of March, 2026.

By: _____

    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorneys for Plaintiff*

By: *Michael D. Siegel*

    Michael D Siegel, Esq.
    Siegel & Siegel, P.C.
    521 Fifth Avenue, Suite 1700
    New York, NY 10175
    Telephone: (212) 721-5300
    Fax: (212) 947-9967
    Email: sieglaw@optonline.net
    *Attorneys for Defendants*

**SO ORDERED:**

_____
Analisa Torres, U.S.D.J.

Dated: ___3/31/2026___